## Commonwealth v. Hershman, Appellant.

Argued May 25, 1953. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY and MUSMANNO, JJ.

Appeal, No. 32, 

reargument refused July 13, 1953.

312

*James P. McArdle,* with him *Paul J. McArdle,* for appellant.

*Harry Estep,* Assistant Deputy Attorney General, with him *Charles D. Coll,* Special Deputy Attorney General, and *Robert E. Woodside,* Attorney General, for appellee.

OPINION PER CURIAM, June 26, 1953:
The court being equally divided, the judgment is affirmed on the opinion of the Superior Court, reported in 171 Pa. Superior Ct. 134, 90 A. 2d 314.